## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: ORTHOPEDIC BONE SCREW | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| Douglas Goodavish | * | |
| | * | |
| V. | * | Civil NO. JFM-95-3952 |
| | * | |
| SCIENTIFIC SPINAL, LTD. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Douglas Goodavish this _____ day of _____, 2000.

_____
J/Frederick Motz
United States District Judge

FILED _____ _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 8 - 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY