IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARC CRUMP, ET AL.           *
                             *
    v.                       *   Civil No. JFM-95-3952
                             *
SCIENTIFIC SPINAL            *
                         *****

ORDER

This court having previously entered an order requiring plaintiff to show cause why this action should not be dismissed pursuant to Local Rule 103.8.b because no action has been taken in the case for more than nine months, plaintiff not having responded to that order, counsel for plaintiff having thereafter withdrawn her appearance and plaintiff having been advised that he or she must appear pro se, plaintiff not having responded to the previous show cause order in his or her pro se status, and this court wanting to assure that plaintiff is given full opportunity to pursue this action if he or she desires to do so, it is, this 11th day of May 2000

ORDERED that plaintiff show cause on or before July 11, 2000 why this action should not be dismissed without prejudice pursuant to Local Rule 103.8.b. Failure to respond to this notice will result in dismissal of the action without prejudice.

_____
J. Frederick Motz
United States District Judge